IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JASMINE SOMONE WATSON<br><br>Plaintiff,<br><br>v.<br><br>APPLICANT INSIGHT, INC.<br><br>Defendant. | Civil Action No. 1:24-04412-MLB-RDC |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE Plaintiff Jasmine Somone Watson and Defendant Applicant Insight, Inc. (collectively "Parties") by and through their counsel of record have reached a confidential settlement to resolve their claims.

The Parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time the Parties shall file a Stipulation for Dismissal of the claims asserted against Applicant Insight, Inc.

Respectfully submitted,

| | |
|---|---|
| */s/ Siobhan McGreal* | */s/ Cindy Dawn Hanson* |
| Siobhán McGreal, Esq. | Cindy Dawn Hanson |
| **FRANCIS MAILMAN SOUMILAS, P.C.** | **Troutman Pepper Locke LLP** |
| 1600 Market Street, Suite 2510 | 600 Peachtree Street, NE |
| Philadelphia, PA 19103 | Suite 3000 |
| Tel: (215) 735-8600 | Atlanta, GA 30308 |
| Fax: (215) 940-8000 | 404-885-3830 |
| smcgreal@consumerlawfirm.com | Email: cindy.hanson@troutman.com |
| Attorneys for Plaintiff | Counsel for Applicant Insight, Inc. |

Dated: March 14, 2025