# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **JASMINE SOMONE WATSON** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**APPLICANT INSIGHT, INC.** )<br>)<br>Defendant. )<br>) | **Civil Action No. 1:24-04412-MLB-RDC** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jasmine Somone Watson and Defendant Applicant Insight, Inc. that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff stipulates to the dismissal of this action **with prejudice**, with each party to bear their own attorney's fees, costs and expenses incurred.

Respectfully submitted,

| | |
|---|---|
| */s/ Siobhán McGreal*<br>Siobhán McGreal, Esq.<br>**FRANCIS MAILMAN SOUMILAS, P.C.**<br>1600 Market Street, Suite 2510<br>Philadelphia, PA 19103<br>Tel: (215) 735-8600<br>Fax: (215) 940-8000<br>smcgreal@consumerlawfirm.com<br><br>Attorneys for Plaintiff<br><br>Dated: April 25, 2025 | */s/ Cindy Dawn Hanson*<br>Cindy Dawn Hanson<br>Jacob Rodon<br>**Troutman Pepper Locke LLP**<br>600 Peachtree Street, NE<br>Suite 3000<br>Atlanta, GA 30308<br>404-885-3830<br>cindy.hanson@troutman.com<br>jake.rodon@troutman.com<br><br>Counsel for Applicant Insight, Inc. |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed on April 25, 2025 with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Siobhán McGreal*
Siobhán McGreal, Esq.